**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001116
04-SEP-2013
09:09 AM**

NO. CAAP-13-0001116

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TEH CHU ANTHONY, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3DTI-13-0011005)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 24(c)
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On May 24, 2013, Defendant-Appellant Teh Chu Anthony (Appellant), pro se, filed a notice of appeal;

(2) On June 4, 2013, the court denied Appellant's motion for leave to proceed on appeal in forma pauperis;

(3) Hawai'i Rules of Appellate Procedure (HRAP) Rule 24(c) provides that if the court denies a motion for leave to proceed on appeal in forma pauperis, the movant shall, within ten days after the motion is denied, pay all unpaid filing fees and give security for costs, or the appeal may be dismissed; and

(4) Appellant took no further action in this appeal. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed, pursuant to HRAP Rule 24(c).

Dated: Honolulu, Hawai'i, September 4, 2013.

Chief Judge

Associate Judge

Associate Judge